**Order entered October 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00796-CV

### PARTNERS PERSONNEL MANAGEMENT SERVICES, LLC, XIMENA VARELA, DENISE SOTO, ESMERALDA CABRERA MENDOZA, DENISE GUTIERREZ, AND TAMMY MUNOZ, Appellants

### V.

### STAFF FORCE, INC., Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-08857**

### ORDER

Before the Court is appellants' October 18, 2021 unopposed motion to extend the time to file their brief on the merits. We **GRANT** the motion and extend the time to **November 17, 2021**.

/s/     CRAIG SMITH
        JUSTICE